SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
Conquistador Business Park
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada  89129-7701
Tel: (702) 683-4788
Fax: (702) 922-3851

J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven LLC*
RIGHTHAVEN LLC
Conquistador Business Park
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel: (702) 527-5900
Fax: (702) 527-5909

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>BROTHERHOOD OF LOCOMOTIVE ENGINEERS BUILDING ASSOCIATION, an Ohio nonprofit corporation; and WALT SCHMIDT, an individual,<br><br>Defendants. | Case No.: 2:10-cv-01765-KJD-RJJ<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

  Plaintiff, Righthaven LLC ("Righthaven") and Defendants Brotherhood of Locomotive Engineers & Trainmen ("BLE"), erroneously sued as Brotherhood of Locomotive Engineers Building Association and Walt Schmidt ("Mr. Schmidt"; collectively with Righthaven known herein as "Parties"), by and through their attorneys of record, pursuant to Rule 41(a)(2) of the

1

Federal Rules of Civil Procedure, hereby notify the Court that they have resolved their differences and hereby stipulate to a voluntary dismissal, with prejudice, of all claims asserted against BLE, Brotherhood of Locomotive Engineers Building Association, and Mr. Schmidt in the above-captioned matter.

WHEREFORE, the Parties request this Court enter an Order dismissing the above-captioned action filed against BLE, Brotherhood of Locomotive Engineers Building Association, and Mr. Schmidt with prejudice.

Dated this twenty-first day of December, 2010.

Submitted by:

| RIGHTHAVEN LLC | MCCRACKEN, STEMERMAN & HOLSBERRY, LLP |
|---|---|
| /s/ J. Charles Coons<br>SHAWN A. MANGANO, ESQ.<br>9960 West Cheyenne Avenue, Suite 170<br>Las Vegas, Nevada 89129-7701 | /s/ Sarah T. Grossman-Swenson<br>ANDREW J. KAHN, ESQ.<br>SARAH T. GROSSMAN-SWENSON, ESQ<br>1630 S. Commerce Street, Suite A-1<br>Las Vegas, Nevada 89102 |
| J. CHARLES COONS, ESQ.<br>Nevada Bar No. 10553<br>JOSEPH C. CHU, ESQ.<br>Nevada Bar No. 11082<br>RIGHTHAVEN LLC<br>9660 West Cheyenne Avenue, Suite 210<br>Las Vegas, Nevada 89129-7701 | *Attorneys for Defendants* |

*Attorneys for Plaintiff Righthaven LLC*

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

Dated this __11__ day of __January__, 2011